**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **JIMMY VARGA,** | |
| *Plaintiff,* | |
| | |
| **V.** | **CIVIL ACTION NO. 4:17-cv-00265-Y** |
| | |
| **WELLS FARGO BANK, N.A.,** | |
| *Defendant.* | |

**APPENDIX TO PLAINTIFF'S EMERGENCY MOTION TO QUASH UNILATERAL
DEPOSITION NOTICE AND FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT
THERETO**

| Tab No. | Description | Date | Page Nos. |
|:---:|---|:---:|:---:|
| **A** | Notice of Intention to Take Oral Deposition of Jimmy Varga | 07/16/18 | 2 - 4 |
| **B** | Letter Correspondence from Defendant's Counsel to Plaintiff's Counsel | 07/16/18 | 5 - 6 |
| **C** | Email Correspondence from Defendant's Counsel to Plaintiff's Counsel | 07/16/18 | 7 - 8 |

APPENDIX TO PLAINTIFF'S EMERGENCY MOTION TO QUASH UNILATERAL DEPOSITION NOTICE AND FOR
PROTECTIVE ORDER AND BRIEF IN SUPPORT THERETO                                     PAGE 1
(842.0001 – Appendix to Plaintiff's Emergency Motion to Quash)

Appx. 1

# APPENDIX "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JIMMY VARGA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:17-CV-265-Y** |
| | § | |
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**NOTICE OF INTENT TO TAKE ORAL DEPOSITION OF JIMMY VARGA**

TO:   Plaintiff Jimmy Varga, by and through his attorney of record, Daena G. Ramsey, 32000 East Lamar Blvd. Suite 430, Arlington, Texas 76006.

Please take notice that Defendant Wells Fargo Bank, N.A. ("Wells Fargo") will take the deposition of Plaintiff Jimmy Varga on **July 25, 2018 at 10:00 a.m.** continuing from day to day until its completion pursuant to the Federal Rules of Civil Procedure. The deposition will be taken at Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, and will be taken before an officer authorized by law to take oral depositions and may be videotaped. The deposition is being taken for the purpose of discovery, for the use at trial, and for all other uses permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

_[signature]_

**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Arthur E. Anthony**
  State Bar No. 24001661
  aanthony@lockelord.com
**Jennifer Kinney Parnell**
  State Bar No. 24055779
  jkinney@lockelord.com
**Matthew L. McDougal**
  State Bar No. 24092799
  Matthew.McDougal@lockelord.com
**Locke Lord LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following by certified mail, return receipt requested and/or email pursuant to the Federal Rules of Civil Procedure, on this <u>16th</u> day of July, 2018:

        Daena G. Ramsey
        dramsey@vrlaw.net
        Vaughan & Ramsey
        2000 East Lamar Blvd. Suite 430
        Arlington, Texas 76006
        T: (972) 262-0800
        F: (972) 642-0073
        *Attorney for Plaintiff*

_[signature]_

Attorney for Defendant

# APPENDIX "B"



2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  214-740-8000
Fax:  214-740-8800
www.lockelord.com

Matthew L. McDougal
Direct Telephone:  (214) 740-8459
Fax:  (214) 740-8800
matthew.mcdougal@lockelord.com

July 16, 2018

**VIA CERTIFIED MAIL, RETURN**
**RECEIPT REQUESTED 9214796900999790162245185O**
**AND EMAIL**

Daena G. Ramsey
Vaughan & Ramsey
2000 East Lamar Blvd. Suite 430
Arlington, Texas 76006
dramsey@vrlaw.net

Re:     *Jimmy Varga v. Wells Fargo Bank, N.A.*; in the United States District Court for the Northern
        District of Texas; Fort Worth Division, Civil-Action No. 4:17-CV-265-Y.

Dear Ms. Ramsey:

        Enclosed please find attached Defendant Wells Fargo Bank, N.A.'s *Notice of Intent to take the*
*Oral Deposition of Jimmy Varga* on **July 25, 2018 at 10:00 a.m.** in the above-referenced matter.  Based
on our previous conversations with a representative of your firm on Friday, July 13, 2018 and Monday,
July 16, 2018, respectively, we have selected this date in an effort to complete discovery in compliance
with the Court's current scheduling order.

        If this date is not amenable to you, please provide us with additional dates to depose your client
within the current discovery deadline, which is **Friday, July 27, 2018**. If your client is otherwise
unavailable, I would urge reconsideration of your resistance to joining a motion to modify the scheduling
order to allow the parties additional time to complete discovery.

        Please call me with any questions, or if you would like to discuss this matter further.

Sincerely,

Matthew L. McDougal

Enclosure

cc:     Jennifer Kinney Parnell [Firm]
        Arthur E. Anthony [Firm]
        Robert T. Mowrey [Firm]

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Washington DC | West Palm Beach

Appx. 6

# APPENDIX "C"

**Chris Chapaneri**

| | |
|---|---|
| **From:** | McDougal, Matthew L. <Matthew.McDougal@lockelord.com> |
| **Sent:** | Monday, July 16, 2018 5:18 PM |
| **To:** | Daena Ramsey; Chris Chapaneri |
| **Cc:** | Mowrey, Robert T.; Kinney Parnell, Jennifer; Anthony, Art E. |
| **Subject:** | RE: Varga [Jimmy] v. Wells Fargo Bank, NA - Notice of Intent to take Deposition |
| **Attachments:** | WF_Varga letter to opposing counsel enclosing Defendant's Notice of Intent to take Deposition-c.pdf; Notice of Deposition-Jimmy Varga-c.pdf |

Daena,

Please find attached Defendant Wells Fargo Bank, N.A.'s *Notice of Intent to take the Oral Deposition of Jimmy Varga* on **July 25, 2018 at 10:00 a.m.** in the above-referenced matter. If this date is not amenable to you, please provide us with additional dates to depose your client within the current discovery deadline, which is **Friday, July 27, 2018**.

Please don't hesitate to call me with any questions, or if you would like to discuss this matter further.

Best regards,

Matthew L. McDougal
Attorney
**Locke Lord LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8459
F: 214-740-8800
Matthew.McDougal@lockelord.com
www.lockelord.com

 Please consider the environment before printing this e-mail.



_____

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

Appx. 8