IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JIMMY VARGA,<br>    *Plaintiff,*<br><br>V.<br><br>WELLS FARGO BANK, N.A.,<br>    *Defendant.* | CIVIL ACTION NO. 4:17-cv-00265-Y |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO QUASH UNILATERAL DEPOSITION NOTICE AND FOR PROTECTIVE ORDER

Came on this day to be considered in the above-styled and numbered cause, Plaintiff's Emergency Motion to Quash Unilateral Deposition Notice and for Protective Order ("Motion"). Upon consideration of the Motion, the Court find that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the July 16, 2018 Notice of Intent to Take the Oral Deposition of Jimmy Varga is hereby Quashed.

IT IS FURTHER ORDERED that Defendant Wells Fargo Bank, N.A. is prohibited from further noticing Jimmy Varga's deposition without leave of Court.

Signed this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE